IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENOMIND, INC.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITEDHEALTH GROUP INC.;<br>UNITED HEALTHCARE SERVICES,<br>INC.; UNITED HEALTHCARE<br>INSURANCE COMPANY; UNITED<br>HEALTHCARE SERVICE LLC; UNITED<br>BEHAVIORAL HEALTH; UMR, INC.;<br>OXFORD HEALTH PLANS, LLC;<br>OPTUM, INC.,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-373 |

## O R D E R

**AND NOW**, this 1st day of September, 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 29), Plaintiff's Response in Opposition to the Motion to Dismiss (ECF No. 31), and Defendants' Reply to the Response to the Motion to Dismiss (ECF No. 32), it is **HEREBY ORDERD** that the Motion to Dismiss (ECF No. 29) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**