IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENOMIND, INC.,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, LLC, UNITED BEHAVIORAL HEALTH, UMR, INC., OXFORD HEALTH PLANS, LLC AND OPTUM, INC. ,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO. 21-0373** |

## O R D E R

**AND NOW**, this 22nd day of July, 2022, upon consideration of Plaintiff Genomind, Inc.'s Motion to Dismiss Defendants' First Amended Counterclaim (ECF No. 50), Defendants United Healthcare Insurance Company and United Healthcare Services, Inc.'s (collectively, "United") response thereto (ECF No. 53), and United's Reply (ECF No. 54), it is hereby **ORDERED** that the Motion is **GRANTED** and Defendants' Counterclaim is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**