UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENOMIND, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:21-cv-00373-WB |

## JOINT STATUS REPORT

Plaintiff Genomind, Inc. ("Plaintiff") and Defendants UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, United Healthcare Service, LLC, United Behavioral Health, UMR, Inc., Oxford Health Plans, LLC and Optum, Inc. (collectively, "Defendants," and together with Plaintiff, "the parties") respectfully submit this joint status report. The parties are pleased to inform the Court that they have reached a settlement in principle to resolve the above-captioned matter.

The parties have begun exchanging drafts of a written settlement agreement. Upon execution of the written settlement agreement by the parties, Plaintiff will promptly file a stipulation of dismissal under Rule 41.

In light of this development, the parties respectfully request that all deadlines in the current scheduling order be suspended. The parties are available at the Court's convenience to address any questions the Court may have.

|  |  |
|---|---|
| Dated: November 20, 2023 | Respectfully submitted,<br><br>By: /s/ *Andrew N. Goldfarb* |

        Jason B. Martin
        The Martin Law Firm, P.C.
        725 Skippack Pike; Suite 337
        Blue Bell, PA 19422
        (215) 646-3980
        Fax: (215) 646-3987
        jbmartin@jbmartinlaw.com

        D. Brian Hufford (admitted *pro hac vice*)
        Jason S. Cowart (admitted *pro hac vice*)
        ZUCKERMAN SPAEDER LLP
        485 Madison Avenue, 10th floor
        New York, NY 10022
        (212) 704-9600
        Fax: (212) 704-4256
        dbhufford@zuckerman.com
        jcowart@zuckerman.com

        Andrew N. Goldfarb (admitted *pro hac vice*)
        Nicholas M. DiCarlo (admitted *pro hac vice*)
        ZUCKERMAN SPAEDER LLP
        1800 M Street NW, Suite 1000
        Washington, DC 20036
        (202) 778-1800
        Fax: (202) 822-8106
        agoldfarb@zuckerman.com
        ndicarlo@zuckerman.com

        *Counsel for Plaintiff Genomind, Inc.*

|  |  |
|---|---|
| Dated: November 20, 2023 | By:     /s/ *Jamie R. Kurtz* |

        Jeffrey S. Gleason (admitted *pro hac vice*)
        Jamie R. Kurtz (admitted *pro hac vice*)
        Nathanial J. Moore (admitted *pro hac vice*)
        Haynes J. Hansen (admitted *pro hac vice*)
        Robins Kaplan LLP
        800 LaSalle Avenue, Suite 2800
        Minneapolis, MN 55402–2015
        (612) 349–8500
        Fax: (612) 339–4181

*Counsel for Defendants UnitedHealth Group, Inc.; United HealthCare Services, Inc.; United HealthCare Insurance Company; United HealthCare Service, LLC, United Behavioral Health; URM, Inc.; Oxford Health Plans, LLC; and Optum, Inc.*